**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ANGIE M. MONTEMAYOR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-817-O-BP** |
| | § | |
| **CLAIRE REYNOLDS, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Motion for Accommodation and Exemption (ECF No. 9) fails to cure the basis for dismissal identified by Magistrate Judge.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rules of Civil Procedure 41(b). Plaintiff's Motion (ECF No. 9) is **DENIED as moot**.

**SO ORDERED** on this **25th** day of **August, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE